IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SHEET METAL WORKERS LOCAL 265 WELFARE FUND, *et al.*, | )<br>)<br>) |
| Plaintiffs, | ) Case No. 11 C 5144<br>)<br>) JUDGE EDMOND E. CHANG |
| vs. | )<br>) MAGISTRATE JUDGE YOUNG B. KIM |
| S & S HEATING & SHEETMETAL, INC., an Illinois corporation, | )<br>)<br>) |
| Defendant. | ) |

## PLAINTIFFS' INITIAL STATUS REPORT

Plaintiffs, Sheet Metal Workers Local 265 Welfare Fund, *et al.*, ("Funds" or "Plaintiffs"), by and through their attorneys, hereby submit their Initial Status Report to this Court and state as follows:

1. The Nature of the Case

    A. The Attorneys of Record for Plaintiffs are Catherine M. Chapman and Patrick N. Ryan, with Patrick Ryan serving as lead attorney. Defendant is an unrepresented corporation, and is currently in default.

    B. Federal Jurisdiction is based on ERISA, 29 U.S.C. §§ 1132 and 1145.

    C. Through this suit, Plaintiffs are seeking to recover from Defendant delinquent reports, contributions, liquidated damages, costs and attorneys' fees. Defendant has since paid its contributions for April through June 2011, albeit late, and therefore owes 10% liquidated damages. Plaintiffs have not received Defendants' reports for July 2011, and would need to recover any amounts due thereon.

- D. The primary legal issues concern the Funds' contractual ability to collect unpaid contributions and wage deductions, and to assess and collect liquidated damages and interest on untimely contributions. The primary factual issues will focus on calculating the amounts due.
- E. Plaintiffs are seeking judgment for all unpaid contributions, liquidated damages and interest accrued for the period of April 2011 forward, plus all costs and attorneys fees incurred, consistent with 29 U.S.C. §1132(g)(2).

2. Pending Motions and Case Plan
    - A. There are no pending motions. If plaintiffs are unable to settle this matter with Defendant, they anticipate filing a motion for default judgment.
    - B. As Defendant is in default, Plaintiffs are unable to propose specific dates for a discovery plan. However, if Defendant were to file an appearance, Plaintiffs would suggest the following:
        - i. Plaintiffs would anticipate relying generally on requests to produce and requests to admit to prove their case. Depositions may become necessary, but would likely be limited to one or two per side.
        - ii. Rule 26(a)(1) disclosures to be made within 21 days of Defendant's answer.
        - iii. Written discovery to be issued within 30 days of Defendant's answer
        - iv. Fact discovery to be completed within 90 days of Defendant's answer.
        - v. No expert discover is anticipated.
        - vi. Dispositive motions to be filed 30 days after close of discovery.
    - C. A jury trial has not been requested. Trial is likely to take one day or less.

3. Consent to Proceed before a Magistrate Judge.

    A.    As Defendant is in default, Plaintiffs are unable to confer on consenting to proceed before the magistrate.

4.    Status of Settlement Discussions

    A.    The parties have had preliminary settlement discussions, and Plaintiffs are sending Defendant a settlement demand this week. Plaintiffs anticipate that this matter is likely to settle within the next 30 days.

    B.    In the event the parties are unable to settle this matter on their own, and if Defendant files an appearance, a settlement conference may be helpful. However, Plaintiffs are not requesting a settlement conference at this time.

Respectfully submitted,

/s/ Patrick N. Ryan
One of the Attorneys for the Plaintiffs

Patrick N. Ryan
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL 60606
Phone: (312) 236-4316
E-Mail: pryan@baumsigman.com

I:\265J\S&S Heating\#23446\status report.pnr.wpd

## **CERTIFICATE OF SERVICE**

      The undersigned, an attorney of record, hereby certifies that on September 6, 2011, he caused to be electronically filed, **Plaintiffs' Initial Status Report**, with the Clerk of the Court using the CM/ECF system, and further certifies that he caused a copy to be sent by first class mail to:

S & S Heating & Sheet Metal, Inc.
803 S. Fourth Ave.
Kankakee, IL 60901

      /s/   Patrick N. Ryan

Patrick N. Ryan
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606
Bar No.: 6278364
Telephone:  (312) 236-4316
Facsimile:  (312) 236-0241
E-Mail:  pryan@baumsigman.com